# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

RYAN DEICHERT &

REBECCA WOOD-DEICHERT,

     Plaintiff,

v.                                   CASE NO 8:11-cv-1309-RAL-MAP

NCO FINANCIAL SYSTEMS, Inc.,

     Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL

RYAN DEICHERT & REBECCA WOOD-DEICHERT (Plaintiff), by their attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, NCO FINANCIAL SYSTEMS, Inc. (Defendant), in this case.

RESPECTFULLY SUBMITTED,

By:  /s/ Shireen Hormozdi_____
     Shireen Hormozdi, Esq.
     FBN: 882461
     KROHN & MOSS, LTD.
     10474 Santa Monica Blvd, Suite 401
     Los Angeles, CA 90025
     T: (323) 988-2400 ext. 230
     F: (866) 802-0021
     shormozdi@consumerlawcenter.com
     *Attorney for Plaintiff*

1